# Court of Appeals
# of the State of Georgia

ATLANTA, __March 01, 2013__

*The Court of Appeals hereby passes the following order:*

**A13A1020.  ANTHONY BANKSTON, JR. v. ARETHA LACHMAN.**

Aretha Lachman filed this action against her ex-husband, Anthony Bankston, Jr., seeking (1) modification of the parties' child visitation arrangement and (2) a citation of contempt against Bankston, based on his failure to pay child support as ordered by their divorce decree.  The trial court granted Lachman's petition, and Bankston filed this direct appeal.

Because Lachman's contempt action was based on an alleged violation of the parties' divorce decree, appellate jurisdiction lies in the Supreme Court.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6) (Supreme Court has jurisdiction over "[a]ll divorce and alimony cases"); see *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); see also *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008).  Accordingly, this application is hereby TRANSFERRED to the Supreme Court of Georgia for disposition.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __03/01/2013__
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*